# EXHIBIT A

Approved, SCAO

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| **JUDICIAL DISTRICT** | **SUMMONS** | 2023-204614-NI |
| 6th **JUDICIAL CIRCUIT** | | |
| **COUNTY** | | Hon. Jacob J. Cunningham |

| Court address | Court telephone no. |
|---|---|
| 1200 North Telegraph, Pontiac, MI  48341 | 248 858 0344 |

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| Samer Musa | v | BC Trucking, LLC, an Indiana Corporation |

| Plaintiff's attorney, bar no., address, and telephone no. | |
|---|---|
| CHRISTOPHER C. HUNTER (P54851)<br>30101 Northwestern Highway<br>Farmington Hills, MI  48334<br>(248) 353-7575 / (248) 254-8099 | This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling. |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer  pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 12/27/2023 | 3/27/2024 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01**  (3/23)  **SUMMONS**                        MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons   (3/23)                                                      Case No. <u>2023-204614-NI</u>

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| | |
| Attachments (if any) | |
| Demand for Jury Trial | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|---|---|---|---|---|
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ | |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

SAMER MUSA,

2023-204614-NI

Plaintiff,

JUDGE JACOB J.
CUNNINGHAM
-NI

Case No: 23-
Hon.

vs.

B C TRUCKING, LLC, an Indiana Corporation,
and PAWANDEEP SINGH, Jointly and Severally,

Defendants.

_____/

CHRISTOPHER C. HUNTER (P54851)
JORDAN A.W. BARKEY (P79218)
MICHIGAN AUTO LAW, P.C.
Attorney for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI  48334
(248) 353-7575

_____/

Michigan Auto Law, 3001 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

FILED   Received for Filing   Oakland County Clerk   12/26/2023 8:00 AM

## **COMPLAINT AND DEMAND FOR JURY**

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

/s/ Christopher C. Hunter

_____

Christopher C. Hunter

NOW COMES the above-named Plaintiff, SAMER MUSA, by and through his attorneys,

MICHIGAN AUTO LAW. P.C., and says:

1.     That the amount in controversy exceeds Twenty-Five Thousand ($25,000.00)

Dollars.

2.      That the Plaintiff, SAMER MUSA, at all times material hereto, was a resident of the City of Maumee and State of Ohio.

3.      That the Defendant, PAWANDEEP SINGH, at all times material hereto, was a resident of the City of Jamaica and State of New York.

4.      That the Defendant, B C TRUCKING, LLC, is an Indiana corporation authorized to do business in Oakland County, State of Michigan, by virtue of the Statutes of the State of Michigan and was at all times material hereto, doing business as Plaintiff is informed and believes.

### COUNT I

5.      That on or about January 25, 2022, at or about 11:05 a.m., the Plaintiff, SAMER MUSA, was sitting in his vehicle on Capital Streer in the City of Oak Park, County of Oakland and State of Michigan.

6.      That at the aforementioned time and place, the Defendant, PAWANDEEP SINGH, was driving a 2022 Freightliner, license number 3141570, with the express and implied consent and knowledge of its owner, B C TRUCKING, LLC, and was in the course and scope of his employment with B C TRUCKING, LLC, said company being liable under the doctrine of Respondeat Superior and the Owner's Liability Act.

7.      At that time and place, the Defendant, PAWANDEEP SINGH, owed the Plaintiff, and the public the duty to obey and drive in conformity with the duties embodied in the Common Law, the Motor Vehicle Code of the State of Michigan, as amended, and the ordinances of the City of Oak Park.

8.      That the Defendant, PAWANDEEP SINGH, did then and there display gross, willful and wanton negligence and misconduct by backing his semi-truck into the street striking a parked semi-truck.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

9.      That at the said time and place, Defendants PAWANDEEP SINGH and B C TRUCKING, LLC were guilty of gross, willful and wanton negligence and misconduct as follows:

A.      In driving at an excessive rate of speed, under the conditions then and there existing;

B.      In failing to yield the right of way;

C.      In driving in such a manner as to be unable to stop within the assured clear distance ahead;

D.      In failing to keep a reasonable lookout for other persons and vehicles using said highway;

E.      In failing to have the vehicle equipped with proper brakes and/or failing to apply said brakes in time;

F.      In failing to drive with due care and caution;

G.      In failing to take all possible precautions to avoid any collision with other motor vehicles;

H.      In failing to make and/or renew observations of the conditions of traffic on the highway; and

I.      In driving while under the influence of intoxicating liquors.

10.     The Defendant PAWANDEEP SINGH was further negligent in failing to obey and drive in conformity with the Common Law and the Motor Vehicle Code of the State of Michigan as amended and ordinances of the City of Oak Park.

11.     That among those Statutes Defendants PAWANDEEP SINGH and B C TRUCKING, LLC violated include, but are not limited to the following:

| M.C.L. | 257.401 | Owner liability; |
| M.C.L. | 257.602(b) | Reading, typing or sending text message |

Michigan Auto Law, 3001 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

| M.C.L. | 257.612 | Obedience to traffic control devices; |
|--------|---------|---------------------------------------|
| M.C.L. | 257.617(a) | Stopping after accident; |
| M.C.L. | 257.618 | Stopping - damage to vehicle; |
| M.C.L. | 257.619 | Giving information; |
| M.C.L. | 257.622 | Damages - must make police report; |
| M.C.L. | 257.626 | Reckless driving; |
| M.C.L. | 257.626(b) | Careless or negligent driving; |
| M.C.L. | 257.641 | Driving in direction designated; |
| M.C.L. | 257.642 | Roadway with two or more marked lanes; |
| M.C.L. | 257.647 | Turning at intersection; |
| M.C.L. | 257.648 | Stopping or turning and signals; |
| M.C.L. | 257.649 | Right-of-way; stop signs; merging; |
| M.C.L. | 257.652 | Stopping before entering highway from alley or private driveway; |
| M.C.L. | 257.674(a) | Clear vision area; prohibited parking; |
| M.C.L. | 257.676b | Interference with flow of traffic; |
| M.C.L. | 257.677 | View or control of driver; |
| M.C.L. | 257.683 | Unlawful to drive or, as owner, permit to be driven or moved unsafe vehicle; |
| M.C.L. | 257.684 | Head lights; |
| M.C.L. | 257.686 | Tail lights; |
| M.C.L. | 257.697 | Signal devices; |
| M.C.L. | 257.705 | Brakes; |
| M.C.L. | 257.706 | Horns and warning devices; |
| M.C.L. | 257.708 | View of rear; mirrors; |
| M.C.L. | 257.709 | Unobstructed windshield and windows; |

M.C.L.         480.11, et seq.     Motor Carrier Safety Act of 1963;

                                   Motor Carrier Safety Act
49 C.F.R.                          Code of Federal Regulations.

12.     That Defendants' negligence was the proximate cause of Plaintiff SAMER

MUSA being seriously injured, suffering a serious impairment of body function and/or permanent

serious disfigurement plus other injuries to the head, neck, shoulders, arms, knees, back, chest and

to other parts of his body, externally and internally, and some or all of which interferes with his

enjoyment of life and experiencing great pain and suffering.

13.     That as a proximate result of said injuries, the Plaintiff SAMER MUSA suffered

traumatic shock and injury to the nervous system, causing severe mental and emotional anguish,

which interferes with his enjoyment of life and may require psychiatric treatment, and more

generally became sick and disabled, and some or all of said injuries, as set forth herein, may be

permanent in nature.

14.     That should it be determined at the time of trial that the said Plaintiff SAMER

MUSA was suffering from any pre-existing conditions, at the time of the aforesaid collision, then

and in such event, it is averred that the negligence of Defendant precipitated, exacerbated, and

aggravated any such pre-existing conditions.

WHEREFORE, the Plaintiff, SAMER MUSA, now claims judgment for whatever amount

he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this

Complaint.

## COUNT II

NOW COMES the Plaintiff, SAMER MUSA, and adds a Count II as follows:

15.     Plaintiff hereby realleges, reaffirms and incorporates herein by reference all

allegations in paragraphs numbered 1-14.

16.     Plaintiff hereby claims damages for economic expenses and work loss plus all other economic damages allowable under the Michigan No-Fault Law and MCL §500.3101 et seq and specifically §500.3135.

17.     Plaintiff hereby claims all non-economic damages for the serious impairment of body function and/or permanent serious disfigurement as more clearly set out in the injuries listed in Count I.

WHEREFORE, the Plaintiff, SAMER MUSA, now claims judgment for whatever amount he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this Complaint.

## COUNT III

NOW COMES the Plaintiff, SAMER MUSA, and adds a Count III as follows:

18.     Plaintiff hereby realleges, reaffirms and incorporate herein by reference all allegations in paragraphs numbered 1-17.

19.     B C TRUCKING, LLC is the employer of PAWANDEEP SINGH who was acting within the course and scope of his employment with Defendant B C TRUCKING, LLC at the time of the accident herein.

20.     That in addition to the allegations set out in Counts I and II, Defendant PAWANDEEP SINGH's employer, B C TRUCKING, LLC is liable for Defendant PAWANDEEP SINGH's negligence under the doctrine of Respondeat Superior.

21.     That as a proximate cause of Defendant PAWANDEEP SINGH's negligence, Plaintiff SAMER MUSA was seriously injured and suffered additional injuries and damages as set out in Counts I and II.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

WHEREFORE, the Plaintiff, SAMER MUSA now claims judgment for whatever amount he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this complaint.

## COUNT IV

NOW COMES the Plaintiff SAMER MUSA, by and through his attorneys, MICHIGAN AUTO LAW, P.C., and adds a Count IV as follows:

22.     Plaintiff hereby realleges, reaffirms and incorporates herein by reference all allegations in paragraphs numbered 1-21.

23.     That the defendant-owners, carelessly, recklessly and negligently entrusted said motor vehicle and the operation thereof to the defendant-driver, the latter being a person incompetent and unfit to drive a motor vehicle upon the highway of the State of Michigan by reason of inability, inexperience, and consistently negligent driving, all of which were known by the defendant-owners, or should have been known in the exercise of reasonable care and caution by the defendant-owners; that the defendant-owners are hereby guilty of negligence, independent of defendant-driver.

WHEREFORE, the Plaintiff, SAMER MUSA, now claims judgment for whatever amount he is found to be entitled, plus costs, attorney fees and interest from the date of filing this Complaint.

## COUNT V

NOW COMES the Plaintiff SAMER MUSA, by and through his attorneys, MICHIGAN AUTO LAW, P.C., and adds a Count V as follows:

24.     Plaintiff hereby realleges, reaffirms, and incorporates herein by reference herein all allegations in paragraphs numbered 1-23.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

25.     Upon information and belief there existed a written equipment and services lease agreement between Defendant, B C TRUCKING, LLC and Defendant, PAWANDEEP SINGH.

26.     The written lease agreement between Defendants imposes lessor/lessee statutory liability upon Defendants and includes provisions providing the basis for potential liability under "statutory employee" and/or "statutory owner" doctrines of liability under the United States Code and the Code of Federal Regulations.

27.     Upon information and belief, said equipment and services lease agreement includes the leased vehicle involved in the motor vehicle crash.

28.     In addition to the allegations set out in Count I, Defendant B C TRUCKING, LLC is liable for the negligence of Defendant PAWANDEEP SINGH under statutory employee and/or statutory owner doctrines of liability.

29.     In addition to the allegations set out in Count I, Defendant B C TRUCKING, LLC is liable for the negligence of Defendant, PAWANDEEP SINGH, under the Motor Carrier Safety Act, Title 49 of the Code of Federal Regulations.

30.     In addition to the allegations set out in Count I, Defendant, B C TRUCKING, LLC, is liable for the negligence of Defendant, PAWANDEEP SINGH, under M.C.L. 257.401, Owner Liability and M.C.L. 480.11 et seq, Michigan's Motor Carrier Safety Act of 1963.

31.     Defendant, B C TRUCKING, LLC, was negligent in failing to ensure that its employees adhere to the proper regulations and/or failed to properly supervise, train, and/or control its employees, including but not limited to Defendant PAWANDEEP SINGH.

32.     Defendant, B C TRUCKING, LLC, was negligent in its supervision of Defendant PAWANDEEP SINGH.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

33.     The negligence of Defendant B C TRUCKING, LLC in directing, instructing, and supervising Defendant PAWANDEEP SINGH was a cause of the collision.

34.     Defendant B C TRUCKING, LLC negligently entrusted Defendant PAWANDEEP SINGH with the vehicle owned by B C TRUCKING, LLC.

35.     That as a proximate result of Defendants' negligence, Plaintiff, SAMER MUSA, was seriously injured and suffered additional injuries and damages as set out in Counts I and II.

WHEREFORE, the Plaintiff, SAMER MUSA, now claims judgment for whatever amount he is found to be entitled, plus court costs, attorney fees and interest from the date of filing this Complaint.

MICHIGAN AUTO LAW, P.C.

/s/ Christopher C. Hunter
BY:_____
CHRISTOPHER C. HUNTER (P54851)
JORDAN A.W. BARKEY (P79218)
Attorney for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575

Dated: December 22, 2023

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

This case has been designated as an eFiling case, for more
information please visit www.oakgov.com/efiling.

### STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

SAMER MUSA,

        Plaintiff,

vs.

B C TRUCKING, LLC, an Indiana Corporation,
and PAWANDEEP SINGH, Jointly and Severally,

        Defendants.

_____/

2023-204614-NI

JUDGE JACOB J.
CUNNINGHAM
Case No: 23-_____-NI

Hon.

CHRISTOPHER C. HUNTER (P54851)
JORDAN A.W. BARKEY (P79218)
MICHIGAN AUTO LAW, P.C.
Attorney for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575

_____/

*Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575*

### **DEMAND FOR JURY TRIAL**

    NOW COMES the Plaintiff, SAMER MUSA, by and through his attorneys, MICHIGAN

AUTO LAW, P.C. and hereby demands a trial by jury in the above-entitled matter.

                MICHIGAN AUTO LAW, P.C.

                /s/ Christopher C. Hunter
        BY:_____
                CHRISTOPHER C. HUNTER (P54851)
                JORDAN A.W. BARKEY (P79218)
                Attorney for Plaintiff
                30101 Northwestern Highway
                Farmington Hills, MI 48334
                (248) 353-7575

Dated: December 22, 2023